**Connell Foley LLP**
One Newark Center
1085 Raymond Boulevard, 19th Floor
Newark, New Jersey 07102
(973) 436-5800
Attorneys for Plaintiff, Wyndham Franchisor, LLC

|  |  |
|---|---|
| WYNDHAM FRANCHISOR, LLC, a Delaware Limited Liability Company, | : Civil Action. No. 21-cv-10028(MCA)(AME) |
| Plaintiff, | : |
| v. | : **STIPULATION AND ORDER OF DISMISSAL** |
| RHINO INVESTMENTS NM HOTEL, LLC, a New Mexico Limited Liability Company; SANJIV CHOPRA, an individual; and SHEENA CHOPRA, an individual, | : |
| Defendants. | : |

The matter in difference in the above-entitled action having been amicably adjusted by and between plaintiff, Wyndham Franchisor, LLC, and defendants, Rhino Investments NM Hotel, LLC, Sanjiv Chopra, and Sheena Chopra, it is hereby stipulated and ordered that the Complaint be and the same is hereby dismissed with prejudice and without costs as to defendants, Rhino Investments NM Hotel, LLC, Sanjiv Chopra, and Sheena Chopra.

It is further ordered that the terms of the settlement agreement are incorporated herein by reference and the Court shall retain jurisdiction over the agreement to enforce its terms.

So ordered on this 5th day of May, 2022.

_____
**HON. MADELINE COX ARLEO, U.S.D.J.**

6338199-1

**Connell Foley LLP**
Attorneys for Plaintiff,
Wyndham Franchisor, LLC


By:   s/Bryan P. Couch
        Bryan P. Couch

Dated:  April 21, 2022


**KRISS & FEUERSTEIN LLP**
Attorneys for Defendants,
Rhino Investments NM Hotel, LLC, Sanjiv Chopra, and Sheena Chopra


By:   s/Michael J. Bonneville
        Michael J. Bonneville

Dated:  April 21, 2022

6338199-1